UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-00070-RJC

| | |
|---|---|
| TENESHA LYNCH, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **CONSENT ORDER** |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $2,900.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). Therefore, based upon the consent of the Parties, and good cause having been shown, the Consent Motion is **GRANTED**.

**SO ORDERED.**

Signed: June 7, 2022

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge